# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN K. WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:17 CV 2223 RWS |
| | ) | |
| JEFF NORMAN, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Before the Court are petitioner's motions to proceed in forma pauperis on appeal and for certificate of appealability [#19]. Petitioner has previously been granted leave to proceed in forma pauperis in this matter, as such, his motion to proceed in forma pauperis on appeal will be granted.

Also before the Court is petitioner's motion for certificate of appealability. Petitioner has failed to make (1) a showing that reasonable jurists would find it debatable whether the Court's procedural ruling was correct, *see Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000), or (2) a substantial showing of the denial of a constitutional right, such that reasonable jurists would find the Court's assessment of the constitutional claims debatable, or that the issues presented were adequate to deserve encouragement to proceed further, *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court will not issue a certificate of appealability. 28 U.S.C. § 2253(c).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis on appeal is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motion for a certificate of appealability is **DENIED**.

Dated this 29th day of November, 2017.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE